IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOSEPH CALLOWAY,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 5:09-CV-182 (HL) |
| **CITY OF MACON,** : | |
| : | |
| Defendant. : | |

### ORDER

The sole remaining Defendant in this action is the City of Macon. Because Plaintiff is proceeding in forma pauperis, the United States Marshal is hereby ordered to perfect service on the City of Macon. Service shall be effected by serving the City's Mayor.

**SO ORDERED**, this the 4th day of August, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc