**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOSEPH CALLOWAY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.** |
| | : | **5:09-CV-182 (HL)** |
| **CITY OF MACON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

## ORDER

Before the Court is Defendant City of Macon's Motion to Dismiss (Doc. 7).

Defendant contends that Plaintiff's Complaint should be dismissed for failure to

perfect service.  Defendant's Motion is about two months premature.  Plaintiff filed

his Complaint on May 22, 2009, and Defendant filed the instant Motion on July 31,

2009.  Federal Rule of Civil Procedure 4(m) provides that process must be served

within 120 days after the complaint is filed.  Because Plaintiff's deadline to perfect

service has not expired, Defendant's Motion is denied.  In addition, this Court is

entering a separate Order directing the United States Marshal to effect service on

the City of Macon.  <u>See</u> Fed. R. Civ. P. 4(c)(3) (providing that, when a plaintiff is

proceeding in forma pauperis, a court must order that service be made by a United

States Marshal or deputy marshal or other person specially appointed by the court).

1

**SO ORDERED**, this the 5th day of August, 2009.


_s/  Hugh Lawson_____
**HUGH LAWSON, Judge**

dhc